IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNY HUGHES,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE BRYN MAWR TRUST COMPANY,** | : | No. 19-2417 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **27th** day of **October 2022**, after consideration of Defendant The Bryn Mawr Trust Company's Motion for Summary Judgment (ECF 33), Plaintiff Penny Hughes's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (ECF 34), and Defendant's Reply in Support of its Motion for Summary Judgment (ECF 35), it is hereby **ORDERED** that:

1. Defendant's Motion (ECF 33) is **GRANTED**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**